# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 8, 2026

Lyle W. Cayce
Clerk

———————

No. 25-20138

———————

OXEA Corporation, *doing business as* OQ Chemicals
Corporation,

*Plaintiff—Appellant*,

*versus*

Certain Underwriters at Lloyds, London Subscribing
to Policy No. ENVP0000060-20,

*Defendant—Appellee*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CV-1125

———————————————————————

Before Smith, Willett, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

   OXEA Corporation appeals a summary judgment dismissing its claims for breach of contract and violations of the Texas Prompt Payment of Claims Act. It argues that the district court erred in determining that an exclusion in its insurance policy and the fortuity doctrine barred coverage of its claim. Having reviewed the record and briefs and heard oral argument, we

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-20138

find no error and AFFIRM. *See In re TransTexas Gas Corp.*, 597 F.3d 298, 309 (5th Cir. 2010).

AFFIRMED.